Varand Gourjian, Esq. (SBN 205344)
**GOURJIAN LAW GROUP, P.C.**
101 N. Brand Blvd., Suite 1220
Glendale, CA 91203
Telephone: (818) 956-0100
Facsimile: (818) 956-0123
Email: varand@gourjianlaw.com

Attorney for Defendants
ELZA HANCZ, as an individual and as trustee of the SURVIVOR'S TRUST under the ERNEST AND ELZA HANCZ REVOCABLE TRUST dated September 1, 1989, as amended and completely restated, an undivided 50% interest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>        Plaintiff,<br>vs.<br><br>ELZA HANCZ, as an individual and as trustee of the SURVIVOR'S TRUST under the ERNEST AND ELZA HANCZ REVOCABLE TRUST dated September 1, 1989, as amended and completely restated, an undivided 50% interest; and DOES 1-10, inclusive,<br><br>        Defendants. | **Case No. 2:20-cv-00339-RGK-JEM**<br><br>**STIPULATION TO EXTEND DEFENDANTS TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: 02/24/2020<br>Current Response Date: 03/16/2020<br>New Response Date: 04/14/2020<br><br>Trial Date: None Set<br><br>District Judge: R. Gary Klausner |

Plaintiff ANTHONY BOUYER ("Plaintiff") and Defendants ELZA HANCZ, as an individual and as trustee of the SURVIVOR'S TRUST under the ERNEST AND ELZA HANCZ REVOCABLE TRUST dated September 1, 1989, as amended and completely restated, an undivided 50% interest (collectively, "Defendants"), through their respective counsel of record, have stipulated to extend the time for Defendants to file a responsive pleading based on the following facts:

1. Defendants' response to Plaintiff's Complaint is due on March 16, 2020.

2. Defendants need additional time to obtain and review the file in order to provide reasonable responses to Plaintiff's allegations.

3. Plaintiff and Defendants are engaged in preliminary settlement discussions.

4. Counsel for Plaintiff has agreed to extend Defendants time to respond to Plaintiff's Complaint to April 14, 2020.

THEREFORE, IT IS HEREBY AGREED by and between the undersigned that Defendants shall have until April 14, 2020 to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: March 11, 2020                              CENTER FOR DISABILITY ACCESS

By: /s/ Craig Côté
    Craig Côté, Esq.
    Attorney for Plaintiff
    ANTHONY BOUYER

Dated: March 11, 2020                              GOURJIAN LAW GROUP, P.C.

By: _____
    Varand Gourjian, Esq.
    Attorney for Defendants
    ELZA HANCZ, as an individual and as trustee of the SURVIVOR'S TRUST under the ERNEST AND ELZA HANCZ REVOCABLE TRUST dated September 1, 1989, as amended and completely restated, an undivided 50% interest

### SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.1 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to counsel for Plaintiff ANTHONY BOUYER, and I have obtained Craig Côté's authorization to affix his electronic signature to this document.

Dated: March 11, 2020

**GOURJIAN LAW GROUP, P.C.**

By: _____
Varand Gourjian, Esq.
Attorney for Defendants
ELZA HANCZ, as an individual and as trustee of the SURVIVOR'S TRUST under the ERNEST AND ELZA HANCZ REVOCABLE TRUST dated September 1, 1989, as amended and completely restated, an undivided 50% interest